

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00113-CR

CASEY AUSTIN JONES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 12-0154X

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the clerk's record and volumes one, five, six, seven, and nine of the reporter's record, including defense exhibit one and State's exhibits two and six, in this case indicates that these records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10 (a)(1)-(3). The aforementioned records include the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record and volumes one, five, six, seven, and nine of the reporter's record, including defense exhibit one and State's exhibits two and six, contain sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record and volumes one, five, six, seven, and nine, including defense exhibit one and State's exhibits two and six, of the electronically filed reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: May 18, 2016